IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLWAVE COMMUNICATIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 8x8, Inc., ) <br> ) <br> Defendant. ) | C.A. No. 14-397-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rule of Civil Procedure 41(a), Plaintiff CallWave Communications, LLC and Defendant 8x8, Inc. ("8x8"), hereby stipulate to and move for an order dismissing all of their respective claims, counterclaims and causes of action in this action, C.A. No. 14-397-RGA, WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

| PEPPER HAMILTON LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Edmond D. Johnson* | /s/ *Bindu A. Palapura* |
| Edmond D. Johnson (#2257) <br> James G. McMillan, III (#3979) <br> Hercules Plaza, Suite 5100 <br> 1313 Market Street <br> P.O. Box 1709 <br> Wilmington, DE 19899-1709 <br> (302) 777-6500 <br> johnsone@pepperlaw.com <br> mcmillaj@pepperlaw.com | David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Callwave Communications, LLC* | *Attorneys for Defendant 8X8, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| William D. Belanger, Esq.* <br> Noah V. Malgeri, Esq.* <br> Christopher Boundy, Esq.* <br> Leah R. McCoy, Esq.* | Robert J. Crawford <br> 1150 Northland Drive, Suite 100 <br> Saint Paul, MN 55120 <br> (651) 259-2300 <br> crawford@ip-firm.com |

Case 1:14-cv-00397-RGA   Document 106   Filed 06/04/15   Page 2 of 2 PageID #: 2139

Suparna Datta, Esq.*
L. Andrew Tseng, Esq.*
Megan Lantto, Esq.*
Bryana McGillycuddy, Esq.*
19th Floor, High Street Tower
125 High Street
Boston, MA  02110-2736
(617) 204-5100
belangerw@pepperlaw.com
malgerin@pepperlaw.com
boundyc@pepperlaw.com
mccoyl@pepperlaw.com
dattas@pepperlaw.com
tsenga@pepperlaw.com
lanttom@pepperlaw.com
mcgillyb@pepperlaw.com

Gregory S. Bishop, Esq.*
Charles F. Koch, Esq.*
333 Twin Dolphin Drive, Suite 400
Redwood City, CA  94065-2133
(650) 802-3600
bishopg@pepperlaw.com
kochc@pepperlaw.com

*all admitted *pro hac vice*

Dated:  June 4, 2015

IT IS SO ORDERED this ____ day of _____, 2015.

_____
The Honorable Richard G. Andrews
United States District Court Judge