IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLWAVE COMMUNICATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-397-RGA |
| | ) |
| 8x8, Inc., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rule of Civil Procedure 41(a), Plaintiff CallWave Communications, LLC and Defendant 8x8, Inc. ("8x8"), hereby stipulate to and move for an order dismissing all of their respective claims, counterclaims and causes of action in this action, C.A. No. 14-397-RGA, WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

PEPPER HAMILTON LLP

/s/ *Edmond D. Johnson*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
johnsone@pepperlaw.com
mcmillaj@pepperlaw.com

*Attorneys for Plaintiff Callwave Communications, LLC*

OF COUNSEL:

William D. Belanger, Esq.*
Noah V. Malgeri, Esq.*
Christopher Boundy, Esq.*
Leah R. McCoy, Esq.*

POTTER ANDERSON & CORROON LLP

/s/ *Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant 8X8, Inc.*

OF COUNSEL:

Robert J. Crawford
1150 Northland Drive, Suite 100
Saint Paul, MN 55120
(651) 259-2300
crawford@ip-firm.com

Suparna Datta, Esq.*
L. Andrew Tseng, Esq.*
Megan Lantto, Esq.*
Bryana McGillycuddy, Esq.*
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5100
belangerw@pepperlaw.com
malgerin@pepperlaw.com
boundyc@pepperlaw.com
mccoyl@pepperlaw.com
dattas@pepperlaw.com
tsenga@pepperlaw.com
lanttom@pepperlaw.com
mcgillyb@pepperlaw.com

Gregory S. Bishop, Esq.*
Charles F. Koch, Esq.*
333 Twin Dolphin Drive, Suite 400
Redwood City, CA 94065-2133
(650) 802-3600
bishopg@pepperlaw.com
kochc@pepperlaw.com

*all admitted *pro hac vice*

Dated: June 4, 2015


IT IS SO ORDERED this 5 day of June, 2015.

The Honorable Richard G. Andrews
United States District Court Judge